JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>Marnita S. McNeill,<br><br>              Defendant | No. CV 13-00096<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Marnita S. McNeill, in the principal amount of $2,128.61 plus interest accrued to October 22, 2012, in the sum of $5,391.42; with interest accruing thereafter at 9% annually until entry of judgment, late fee in the amount of $5.00, for a total amount of $**7,525.03**.

DATED: January 11, 2013        By: _Terry Nafisi_
                                    Clerk of the Court
                                   /s/ B. Pacillas
                                    Deputy Clerk
                              United States District Court