JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 13-00096 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Marnita S. McNeill, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Marnita S. McNeill, in the principal amount of $2,128.61 plus interest accrued to October 22, 2012, in the sum of $5,391.42; with interest accruing thereafter at 9% annually until entry of judgment, late fee in the amount of $5.00, for a total amount of **$7,525.03**.

DATED: January 11, 2013    By: Terry Nafisi
                                Clerk of the Court
                                /s/ B. Pacillas
                                Deputy Clerk
                                United States District Court

Page 5